UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE:

    CARL'S FOR MEN AND BOYS, INC.,

                                    Debtor.

-----------------------------------------------------------X

JUDGMENT
06-CV-0107 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 29 ★
BROOKLYN OFFICE

An Order of Honorable David G. Trager, United States District Judge, having been filed on September 29, 2006, dismissing the appeal for failure to prosecute; it is

ORDERED and ADJUDGED that the appeal is dismissed for failure to prosecute.

Dated: Brooklyn, New York
       September 29, 2006

                                                                s/Robert C. Heinemann
                                                               ROBERT C. HEINEMANN
                                                               Clerk of Court